**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANYTHING TO RENT LEASE WHOLESALE, INC., CARL SCHULTZ, and CARL SCHULTZ d/b/a VALLEY BEVERAGE,<br><div align="right">Plaintiffs</div> | : <br> : <br> : <br> : <br> : <br> : <br> : |
| v. | :  NO: _4:16- CV- 895_ |
| HUGHESVILLE BOROUGH and HUGHESVILLE BOROUGH AUTHORITY,<br><div align="right">Defendants</div> | : <br> : <br> : <br> : |

**FILED
SCRANTON**

MAY 17 2016

PER _____ ʌ̃
DEPUTY CLERK

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1331, §1441 and §1446, Petitioners, Hughesville Borough and Hughesville Borough Authority, petition this Court to remove this action from the Court of Common Pleas of Lycoming County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania and in support thereof, aver as follows:

**A. State Court Action.**

1. This action for removal is currently before the Court of Common Pleas of Lycoming County, Pennsylvania, styled as <u>Anything to Rent Lease Wholesale, Inc., Carl Schultz and Carl Schultz d/b/a Valley Beverage v. Hughesville Borough and Hughesville Borough Authority</u>, Case No. 16-0555.

2. Plaintiffs initiated the instant lawsuit on April 15, 2016 by the filing of this Complaint, which was served on April 25, 2016.

### B. Parties.

3.      The Plaintiffs in this case are Anything to Rent Lease Wholesale, Inc., Carl Schultz and Carl Schultz d/b/a Valley Beverage.

4.      Mr. Schultz is the owner and operator of Valley Beverage located at 4919 Route 220 Highway, Hughesville, Lycoming County, PA 17737.

5.      Per Plaintiffs' Complaint, Anything to Rent Lease Wholesale, Inc. is a corporation organized and existing under the laws of Pennsylvania with a principal place of business, also located at 4919 Route 220 Highway, Hughesville, Lycoming County, PA 17737 and is the owner of a parcel of land located at 5054-5058 Route 220 Highway, Hughesville, Township of Wolf, Lycoming County, PA and recorded in Lycoming County Record Book 6306 on page 317.

6.      The Petitioners include the Borough of Hughesville, which is a political subdivision and local agency  under Pennsylvania law.

7.      Likewise, Petitioner, the Hughesville Borough Authority is a political subdivision and local agency under Pennsylvania law which provides water services to Hughesville and Wolf Township.

8.      Defendants, Hughesville Borough and Hughesville Borough Authority, were served with the Plaintiffs' Complaint on or about April 25, 2016.

9.      Within their Complaint, Plaintiffs assert six Counts of a civil rights action pursuant to 42 U.S.C. § 1983 for violation of their rights under the Fourteenth Amendment to the United States Constitution.

10.      Plaintiffs' Complaint, filed in the Court of Common Pleas of Lycoming County, Pennsylvania, is attached hereto as **Exhibit "A"**.

2

11.     This Court has original jurisdiction of this matter under federal question jurisdiction, pursuant to 28 U.S.C. § 1331 because Plaintiffs' claim arise under the Constitution and laws of the United States. See 28 U.S.C. § 1331.

12.     As such, pursuant to 28 U.S.C. § 1441(a), the instant action is removable to this Court, because "any civil action brought in a state court of which the District Courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the District Court of the United States for the district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

13.     This removal is timely filed with this Court.

14.     In accordance with 28 U.S.C. § 1446(a), Plaintiffs' Complaint filed on April 15, 2016 and served on April 25, 2016 are the only pleadings/process to date.

15.     As required by 28 U.S.C. § 1446(d), Defendants have filed a true and correct copy of this Notice of Removal with the Prothonotary of the Court of Common Pleas of Lycoming County, Pennsylvania.  (A copy of the Notice of Filing the Notice of Removal is attached hereto as **Exhibit "B"**).

16.     This Notice of Removal is being filed in the United States District Court  for the Middle District of Pennsylvania, the District Court of the United States within which the state court action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

17.     Accordingly, Defendants have satisfied all procedural requirements governing removal pursuant to 28 U.S.C. §§ 1441 and 1446, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

18.     By filing this Notice of Removal, Defendants do not waive any defenses which may be available to them.

3

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: _____

Marc T. Levin, Esquire
ID# 70294
Email: mlevin@wglaw.com

Colleen E. Ehresman, Esquire
ID# 82482
Email: cehresman@wglaw.com

Ryan R. McBride, Esquire
ID# 306834
Email: rmcbride@wglaw.com

Fulton Bank Building,
200 North Third Street, Suite 9A
Harrisburg, PA 17101
(717) 237-6940
(717) 237.6949 (f)

Attorneys for Defendants,
Hughesville Borough and Hughesville
Borough Authority

DATE: 5/16/2016

4

## CERTIFICATE OF SERVICE

I hereby certify that on or about ___May 16___, 2016, a true and correct copy of

the attached Proof of Service of Notice of Removal and the Notice of Removal was served by

mailing same, first class U.S. mail, postage prepaid on the following individual:

Douglas N. Engelman, Esquire
Lepley, Engelman & Yaw
140 East Third Street
Williamsport, PA 17701
*For Plaintiffs*

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: _____
Marc T. Levin, Esquire
ID# 70294
Colleen E. Ehresman, Esquire
ID# 82482
Ryan R. McBride, Esquire
ID# 306834

Attorneys for Defendants,
Hughesville Borough and Hughesville
Borough Authority

DATE: 5/16/2016

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANYTHING TO RENT LEASE    :
WHOLESALE, INC., CARL SCHULTZ,  :
and CARL SCHULTZ d/b/a      :
VALLEY BEVERAGE,         :
          Plaintiffs    :
                         :
       v.               :
                         : NO: _____
HUGHESVILLE BOROUGH and   :
HUGHESVILLE BOROUGH      :
AUTHORITY,            :
         Defendants   :

## PROOF OF SERVICE-NOTICE OF REMOVAL

TO:    Douglas N. Engelman, Esquire
       Lepley, Engelman & Yaw
       140 East Third Street
       Williamsport, PA 17701

YOU ARE HEREBY NOTIFIED that the case of <u>Anything to Rent Lease Wholesale, Inc.,</u> <u>Carl Schultz and Carl Schultz d/b/a Valley Beverage v. Hughesville Borough and Hughesville</u> <u>Borough Authority,</u> initiated by you in the Court of Common Pleas of Lycoming County, Pennsylvania, has on this __16th__ of May, 2016, been removed to the United States District Court for the Middle District of Pennsylvania. **Attached hereto are copies of the papers filed to effect such removal.**

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: _____

Marc T. Levin, Esquire
ID# 70294
Colleen E. Ehresman, Esquire
ID# 82482
Ryan R. McBride, Esquire
ID# 306834


Attorneys for Defendants,
Hughesville Borough and Hughesville
Borough Authority


DATE: 5/16/2016