IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANYTHING TO RENT LEASE WHOLESALE, INC., CARL SCHULTZ and CARL SCHULTZ d/b/a VALLEY BEVERAGE, <br><br> Plaintiffs, <br><br> v. <br><br> HUGHESVILLE BOROUGH and HUGHESVILLE BOROUGH AUTHORITY, <br><br> Defendants. | No. 4:16-cv-00895 <br><br> (Judge Brann) |

## ORDER

**AND NOW,** this 24th day of February, 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, ECF No. 8, is **GRANTED IN PART AND DENIED IN PART**, consistent with the following:

    a. The Motion to Dismiss is **DENIED** as to Plaintiffs' Negligence Claims (Counts XIII through XVIII).

    b. The Motion to Dismiss is **DENIED** as to Plaintiffs' Trespass Claims (Counts VII through XII).

      c.      The Motion to Dismiss is **GRANTED WITH PREJUDICE** as to Plaintiffs' Federal Equal Protection Claims (Counts I through VI).

      d.      The Motion to Dismiss is **GRANTED WITHOUT PREJUDICE** as to Plaintiffs' Punitive Damage Claims.

2. This case is **REMANDED** to the Court of Common Pleas of Lycoming County, Pennsylvania.

3. The Clerk of Court is directed to forward a copy of this Order and the accompanying Memorandum to the Clerk's Office for the Court of Common Pleas of Lycoming County and to close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge